Versión para imprimir


EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Comisión Especial para Revisar el Funcionamiento del Programa de Educación Jurídica Continua | 2012 TSPR 30<br><br>184 DPR \_\_\_\_ |

Número del Caso: EN-2012-02

Fecha: 1ro de febrero de 2012

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO


In re

Comisión Especial para Revisar
el Funcionamiento del Programa
de Educación Jurídica Continua

                        EN-2012-02


                        *RESOLUCIÓN*

        En San Juan, Puerto Rico, a 13 de febrero de 2012.

        En virtud de nuestro poder inherente para
reglamentar la profesión de la abogacía, el 8 de
abril de 2005 aprobamos el Reglamento del Programa
de Educación Jurídica Continua. *In re Aprobación
Regl. Prog. Educ. Jur.*, 164 D.P.R. 555 (2005). Ya
han transcurrido poco más de cinco (5) años desde
que comenzó la implantación del Programa. Por
ello, nos corresponde examinar si la operación del
mismo responde a sus objetivos y a las necesidades
de los profesionales del Derecho. En aras de
lograr un examen íntegro, independiente y que
incluya la participación de la clase togada como
hemos promovido desde sus inicios, se crea mediante
esta Resolución la *Comisión Especial para Revisar
el Funcionamiento del Programa de Educación
Jurídica Continua*.

        Esta Comisión tendrá a su cargo la encomienda
de realizar una investigación profunda y completa
sobre el funcionamiento del Programa de Educación
Jurídica Continua durante estos años y sobre la
aplicación y manejo de su Reglamento. Además,
deberá presentar las recomendaciones que estime
pertinentes y necesarias para el mejoramiento del
Programa. A su vez, y en aras de proveer la mayor
participación posible, la Comisión Especial deberá

realizar vistas públicas en todas las regiones judiciales de Puerto Rico para auscultar el sentir de los abogados y abogadas que han participado del Programa. Estas vistas públicas deberán ser anunciadas con antelación y serán notificadas a todos los abogados y abogadas por correo electrónico y mediante anuncios en todos los centros judiciales.

La Comisión Especial estará compuesta por: (1) un representante del Colegio de Abogados de Puerto Rico, (2) un representante de la Asociación de Abogados de Puerto Rico (*Puerto Rico Lawyers' Association*),(3) un representante del *Federal Bar Association* - Capítulo de Puerto Rico, (4) dos abogados que laboren en el sector público nombrados por el Procurador General, y (5) cuatro abogados que laboren en el sector privado.

Asimismo, el Presidente o Presidenta de la Comisión será nombrado por el Pleno del Tribunal Supremo.

Los Jueces y las Juezas del Tribunal Supremo de Puerto Rico, que así lo deseen, podrán participar de todas las reuniones, vistas y actividades programadas de la Comisión.

A los fines de proveer a los miembros de esta Comisión Especial todas las herramientas necesarias para el desempeño de su labor, quedará a disposición de esta el personal del Secretariado de la Conferencia Judicial, quienes tendrán a su cargo la coordinación de las vistas públicas, el material necesario para el desempeño adecuado de las labores de la Comisión y las orientaciones que sean necesarias para la revisión que se llevará a cabo.

Una vez finalizadas sus labores, la Comisión rendirá un informe al Tribunal Supremo.

Conforme a lo anterior, se nombran miembros de esta Comisión los siguientes abogados y abogadas:

    Lcdo. Héctor Ramos, Presidente
    Lcdo. José L. Miranda de Hostos
    Lcda. Ivelisse Moyano Ares
    Lcdo. Edwin Ramos Rivera

Además, se le concede un término de diez (10) días al Colegio de Abogados de Puerto Rico, a la Asociación de Abogados de Puerto Rico, al *Federal Bar Association* - Capítulo de Puerto Rico, y al Procurador General para que remitan los nombres de sus respectivos representantes.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino y el Juez Presidente señor Hernández Denton no interviene.


                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo